

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>WILLIAM ROBERT SHAW | COURT CASE NUMBER<br>20-C-483 |
|---|---|
| DEFENDANT<br>DR. ROBERT MCQUEENY | TYPE OF PROCESS<br>Ntc, Wvr, Comp, Cons, Order |

2020 MAY 22 PM 3:10
U.S. MARSHALS
MILWAUKEE WI

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Robert McQueeny

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o Milwaukee Co. Jail HSU 949 N. 9th Street, Milwaukee, WI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William Robert Shaw #2017031179
Milwaukee County Jail
949 N. 9th St.
Milwaukee, WI 53233

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

NOTE: Pro Se Staff Attorneys advise that Milwaukee County wll NOT accept service for Dr. McQueeny, who is a contract employee.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
William Robert Shaw #2017031179
TELEPHONE NUMBER
DATE 5/20/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 89 | District to Serve<br>No. 89 | Signature of Authorized USMS Deputy or Clerk<br>Matthew Vaccaro | Date<br>06/12/2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date | Time | ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee<br>0 | Total Mileage Charges *(including endeavors)*<br>0 | Forwarding Fee<br>$8.00 | Total Charges<br>$8.00 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$8.00 |
|---|---|---|---|---|---|

REMARKS  12 June 2020 — mailed to ∆
20 July 2020 — Waiver of Service not returned or filed on Pacer.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

Case 1:20-cv-00483-WCG   Filed 07/20/20   Page 1 of 1   Document 13