**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>WILLIAM ROBERT SHAW | COURT CASE NUMBER<br>20-C-483 |
|---|---|
| DEFENDANT<br>DR. ROBERT MCQUEENY | TYPE OF PROCESS<br>Summons, Comp, Consent Form, Order |

**SERVE AT** {
NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Robert McQueeny

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Milwaukee County Jail, 949 N. 9th St., Milwaukee, WI 53233

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| William Robert Shaw<br>Milwaukee County Jail<br>949 N. 9th St.<br>Milwaukee, WI 53233 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney or other Originator requesting service on behalf of:<br><br>William Robert Shaw | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br><br>7/21/2020 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br><br>_____ | District of Origin<br><br>No. _____ | District to Serve<br><br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐   I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

Form USM-285
Rev. 11/18